FAXED

ORIGINAL

1  LATHAM & WATKINS LLP
      Perry J. Viscounty (Bar No. 132143)
2  perry.viscounty@lw.com
      Andrew J. Fossum (Bar No. 250373)
3  andrew.fossum@lw.com
   650 Town Center Drive, 20th Floor
4  Costa Mesa, California 92626-1925
   Telephone: (714) 540-1235
5  Facsimile: (714) 755-8290

6  LATHAM & WATKINS LLP
      Jennifer L. Barry (Bar No. 228066)
7  jennifer.barry@lw.com
   600 West Broadway, Suite 1800
8  San Diego, California 92101-3375
   Telephone: (619) 236-1234
9  Facsimile: (619) 696-7419

10  Attorneys for Plaintiff
    TRION WORLDS, INC.
11

FILED
JUN - 3 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14              SAN FRANCISCO DIVISION

JCS

15
16  TRION WORLDS, INC., a Delaware        CASE NO. CV 10 2466
    corporation,
17
                Plaintiff,                PLAINTIFF'S RULE 7.1 DISCLOSURE
18                                        STATEMENT
         v.
19
    PALLADIUM BOOKS, INC., a Michigan
20  corporation,
21              Defendant.
22

LATHAM&WATKINS LLP    SD\717420.1                    PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT
ATTORNEYS AT LAW
ORANGE COUNTY

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL
2  PARTIES AND THEIR ATTORNEYS OF RECORD:
3      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Trion
4  Worlds, Inc. states that there is no corporation that owns 10% or more of its stock.

Dated: June 3, 2010                          LATHAM & WATKINS LLP

By: /s/ Jennifer L. Barry
      Jennifer L. Barry

Attorneys for Plaintiff
TRION WORLDS, INC.