1  LATHAM & WATKINS LLP
      Perry J. Viscounty (Bar No. 132143)
2  perry.viscounty@lw.com
      Andrew J. Fossum (Bar No. 250373)
3  andrew.fossum@lw.com
   650 Town Center Drive, 20th Floor
4  Costa Mesa, California  92626-1925
   Telephone:  (714) 540-1235
5  Facsimile:   (714) 755-8290

6  LATHAM & WATKINS LLP
      Jennifer L. Barry (Bar No. 228066)
7  jennifer.barry@lw.com
   600 West Broadway, Suite 1800
8  San Diego, California  92101-3375
   Telephone:  (619) 236-1234
9  Facsimile:   (619) 696-7419

10 Attorneys for Plaintiff
   TRION WORLDS, INC.

11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16 TRION WORLDS, INC., a Delaware          CASE NO.  C 10-02466
   corporation,
17
                        Plaintiff,         DECLINATION TO PROCEED BEFORE A
18                                          MAGISTRATE JUDGE AND REQUEST FOR
         v.                                 REASSIGNMENT TO A UNITED STATES
19                                          DISTRICT JUDGE
   PALLADIUM BOOKS, INC., a Michigan
20 corporation,

21                      Defendant.

22

23

24

25

26

27

28

                                           DECLINATION TO PROCEED BEFORE A MAGISTRATE
                                           JUDGE AND REQUEST FOR REASSIGNMENT TO A
                                           UNITED STATES DISTRICT JUDGE

1     REQUEST FOR REASSIGNMENT TO A UNITED STATE DISTRICT JUDGE

2          The undersigned party in the above-captioned civil matter hereby declines to

3     consent to the assignment of this case to a United States Magistrate Judge for trial and

4     disposition and hereby requests the reassignment of this case to United States District Judge.

5

6     Dated:  June 11, 2010                                    LATHAM & WATKINS LLP

7

8                                                      By:        ___/s/_____
                                                                  Andrew J. Fossum
9
                                                                Attorneys for Plaintiff
10                                                              TRION WORLDS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OC\1068015.1                                                     1     DECLINATION TO PROCEED BEFORE A MAGISTRATE
                                                                                                       JUDGE AND REQUEST FOR REASSIGNMENT TO A
                                                                                                             UNITED STATES DISTRICT JUDGE