UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRION WORLDS INC,

      Plaintiff (s),

v.

                                                  Case No. C 10-02466 JCS

PALLADIUM BOOKS INC,

      Defendant (s),

_____/

## AFFIDAVIT OF PROCESS SERVER

I, James Logsdon, being first duly sworn on oath, depose and say the following:

I am a citizen of the United States of America and a resident of the State of Michigan. I am over the age of 18 years and I am not a party to this action.

That on June 7, 2010 at approximately 11:07 AM I served a copy of the SUMMONS, COMPLAINT, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLARATION TO PROCEED BEFORE A MAISTRATE JUDGE AND REQUEST FOR REASSIGMENT TO A UNITED STATES DISTRICT JUDGE, NOTICE OF PENDENCY OF OTHER ACTION, DISCLOSRE STATEMENT, PLAINTIFFS CERTIFICATION OF INTERESTED ENTITIES OF PERSONS, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER RE: CASE MANAGEMENT CONFERENCE AND NOTICE OF RULE DISCONTINUING SERVICE BY MAIL Via:

Corporate Service: By serving Kevin Siembieda designated by law to accept service of process on behalf of Palladium Books, Inc.

Location: 39074 Webb Court
              Westland, MI 48185

I declare under the penalty of perjury that the statements made above are true to the best of my Knowledge, information, and belief.

Dated: 6/8/2010

Subscribed and sworn to before me
This 8 day of June, 2010.

_____
Mary Larsen, Notary Public

MARY LARSEN
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission expires October 22, 2014
Acting in the County of Oakland

Respectably Submitted By

_____
James Logsdon
Portwood Courier & Process Serving, LLC