**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                           415.522.2000

**June 14, 2010**

CASE NUMBER:  CV 10-02466 JCS
CASE TITLE:  TRION WORLDS INC-v-PALLADIUM BOOKS INC

REASSIGNMENT ORDER

    GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

    Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

    ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/14/10

                                                      FOR THE EXECUTIVE COMMITTEE:

                                                      _____
                                                                     Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                         Special Projects
Log Book Noted                                                                 Entered in Computer 6/14/10 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                        Transferor CSA