**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TRION WORLDS INC,                              No. C 10-02466 CRB

12             Plaintiff,                           **Clerk's Notice**

13       v.

14   PALLADIUM BOOKS INC,

15             Defendant.

16   _____/

17       **(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing
          on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)**

18

19       YOU ARE NOTIFIED THAT the Court has scheduled the Initial Case Management

20   Conference for September 10, 2010 at 8:30 a.m. before the Honorable Charles R. Breyer.  The joint

21   case management statement due not less than seven days prior to conference, all other deadlines

     remain as set.

22

23       Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate

     Avenue, San Francisco, CA  94102.

24

25   Dated: June 21, 2010                           FOR THE COURT,

26                                                   Richard W. Wieking, Clerk

27                                                   By:_____
                                                        Barbara Espinoza,
28                                                      Courtroom Deputy