```
 1  LATHAM & WATKINS LLP
       Perry J. Viscounty (Bar No. 132143)
 2  perry.viscounty@lw.com
       Andrew J. Fossum (Bar No. 250373)
 3  andrew.fossum@lw.com
    650 Town Center Drive, 20th Floor
 4  Costa Mesa, California  92626-1925
    Telephone:  (714) 540-1235
 5  Facsimile:   (714) 755-8290

 6  LATHAM & WATKINS LLP
       Jennifer L. Barry (Bar No. 228066)
 7  jennifer.barry@lw.com
    600 West Broadway, Suite 1800
 8  San Diego, California  92101-3375
    Telephone:  (619) 236-1234
 9  Facsimile:   (619) 696-7419

10  Attorneys for Plaintiff
    TRION WORLDS, INC.
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRION WORLDS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>PALLADIUM BOOKS, INC., a Michigan corporation,<br><br>            Defendant. | CASE NO.  C 10-02466 (CRB)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101.

On **June 28, 2010**, I served the following documents described as:

- ORDER SETTING CASE MANAGEMENT CONFERENCE

- CLERK'S NOTICE

by serving true copies of the above-described dovuments in the following manner:

### BY U.S. MAIL

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed to the following parties in this matter:

    Peter M. Falkenstein
    Lawrence R. Jordan
    Jaffe Raitt Heuer & Weiss, P.C.
    201 S. Main St., Suite 300
    Ann Arbor, Michigan 48104
    *Counsel for Defendant Palladium Books, Inc.*

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 28, 2010**, at San Diego, California.

*/s/ Kelli Moro*
Kelli Moro

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\719436.1

1

CERTIFICATE OF SERVICE
CASE NO. C 10-02466 (CRB)