# EXHIBIT 3

Palladium Books® Presents...
RIFTS® GAME MASTER COMPANION™ V1.0A
Insert disk in your floppy disk drive. From Program Manager, select File menu and choose run. Type a:\Setup or b:\setup.
Disk 2/3
Rifts, Megaverse, and Palladium Books are trademarks of Palladium Books and Kevin Siembieda. Copyright 1995 Palladium Books.
Palladium Books® Presents...
RIFTS® GAME MASTER COMPANION™ V1.0A
Insert disk in your floppy disk drive. From Program Manager, select File menu and choose run. Type a:\Setup or b:\setup.
Disk 1/3
Rifts, Megaverse, and Palladium Books are trademarks of Palladium Books and Kevin Siembieda. Copyright 1995 Palladium Books.

Palladium Books® Presents...
RIFTS® GAME MASTER COMPANION™ V1.0A
Insert disk in your floppy disk drive. From Program Manager, select File menu and choose run. Type a:\Setup or b:\setup.
Disk 3/3
Rifts, Megaverse, and Palladium Books are trademarks of Palladium Books and Kevin Siembieda. Copyright 1995 Palladium Books.