# EXHIBIT 5

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,889,353
Registered Sep. 28, 2004

# TRADEMARK
PRINCIPAL REGISTER

## RIFTS

PALLADIUM BOOKS, INC. (MICHIGAN CORPORATION)
12455 UNIVERSAL
TAYLOR, MI 48180

FOR: BOOKS, MANUALS AND COMIC BOOKS CONTAINING ROLE PLAYING GAMES INVOLVING SCIENCE FICTION OR FANTASY ADVENTURES, RULES AND DATA FOR PLAYING ROLE PLAYING GAMES, AND NOVELS AND OTHER BOOKS THAT CONTAIN SUCH GAMES, CHARACTERS, OR SETTINGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-9-1990; IN COMMERCE 8-9-1990.

OWNER OF U.S. REG. NOS. 1,699,796, 2,328,782 AND OTHERS.

SER. NO. 78-317,670, FILED 10-23-2003.

GINA HAYES, EXAMINING ATTORNEY