# EXHIBIT 17

Username/Customer #          Password                          24/7 Sales & Support (480) 605-8877

Create Account | Forgot Password | Sign Out      Deals of the Day                    USD        empty

| | HOME | Domain Auctions | Marketplace | Support & Ou Community | r Commercials | Bob's Video Blog | My Account |
|---|---|---|---|---|---|---|---|

Domains   Hosting   Email   Site Builders   Business   SSL Certificates   Resellers   WHOIS Domain Check

**RIFTGAME.COM**

Show All My Products

Successful people NEVER answer their phone ... Here's why. "Amazing Ideas!" - Garrett K.

Business Information          Whois Information

## Registrant
Domains by Proxy, Inc.
(480) 624-2599 Phone
(480) 624-2598 Fax
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
riftgame.com@domainsbyproxy.com

## Administrative Contact
Registration Private
Domains by Proxy, Inc.
(480) 624-2599 Phone
(480) 624-2598 Fax
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
riftgame.com@domainsbyproxy.com

## Technical Contact
Registration Private
Domains by Proxy, Inc.
(480) 624-2599 Phone
(480) 624-2598 Fax
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
riftgame.com@domainsbyproxy.com

## Registered Through
GoDaddy.com, Inc.
Domain Name: riftgame.com
Created on: 2007-12-18 08:27:56
Expires on: 2011-12-18 08:27:56
Last Updated on: 2010-04-06 13:27:57

## Domain Servers
NS1.TRIONWORLD.COM
NS2.TRIONWORLD.COM

Standard Whois Information
See Underlying Registry Data
Report Invalid Whois

Please note, except solely in connection with GoDaddy.com, Inc.'s validation, the data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee, representations or warranties regarding its accuracy, including, but not limited to, implied warranties of merchantability, fitness for a particular purpose or non-infringement, as well as about the accuracy of the information in the Deluxe Business Registration. GoDaddy.com, Inc. is not responsible for any images or information contained in the Deluxe Business Registration. GoDaddy.com, Inc.'s validation relates solely to the verification of such domain name owner's contact email address(es) and to no other information. The information in the Deluxe Business Registration is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes. In the event you feel there is an issue or problem with the information or images, please do not hesitate to contact us at abuse@godaddy.com.

Sign up for special offers:   Enter your email address

| Account Manager | Shopping | Resources | Help and Support | About Go Daddy |
|---|---|---|---|---|
| My Account | Offer Disclaimers | Webmail | Telephone Support & Sales | Careers |
| My Renewals | Domain Search | WHOIS search | Billing Support | Security Center |
| My Upgrades | Product Catalog | ICANN Confirmation | Email Our Support Team | Company Info |
| Account Settings | Product Advisor | Affiliates | Frequently Asked Questions | News Center |
| Customer Information | Gift Cards | Connect with Us | User's Guides | Customer Testimonials |

Case3:10-cv-02466-CRB   Document16-18   Filed06/28/10   Page3 of 3

| | | | | |
|---|---|---|---|---|
| Order History | Go Daddy Mobile | Gadgets/Widgets | Report Spam | What's New |
| Create Account | Today's Offers | Site Map | Test Our Products | Marketing Proposals |

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on April 23, 2010.
Legal   Privacy Policy

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2010 GoDaddy.com, Inc. All rights reserved.

| | | | | |
|---|---|---|---|---|
| Order History | Go Daddy Mobile | Gadgets/Widgets | Report Spam | What's New |
| Create Account | Today's Offers | Site Map | Test Our Products | Marketing Proposals |

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on April 23, 2010.
Legal   Privacy Policy

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2010 GoDaddy.com, Inc. All rights reserved.

5/5/2010 11:26 AM