Gary Jay Kaufman, Esq.   State Bar No. 92759
  gary@kaufmanlawgroupla.com
Colin Hardacre, Esq., State Bar No. 250915
  colin@kaufmanlawgroupla.com
THE KAUFMAN LAW GROUP
1901 Avenue of the Stars, Suite 1010
Los Angeles, California 90067
Telephone:  (310) 286-2202
Facsimile:   (310) 712-0023

R. Christopher Cataldo, Esq. (*pro hac vice pending*)
  ccataldo@jaffelaw.com
Emilija Avsharian, Esq. (*pro hac vice pending*)
  eavsharian@jaffelaw.com
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Ave., Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile:  (248) 351-3082

Peter M. Falkenstein, Esq. (*pro hac vice pending*)
  pfalkenstein@jaffelaw.com
JAFFE RAITT HEUER & WEISS, P.C.
201 S. Main St., Suite 300
Ann Arbor, MI 48104
Telephone: (734) 222-4776
Facsimile:  (734) 222-4769

Attorneys for Defendant and Counter-Plaintiff,
Palladium Books, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRION WORLDS, INC., a Delaware corporation,<br><br>            Plaintiff/Counter-Defendant,<br><br>     v.<br><br>PALLADIUM BOOKS, INC., a Michigan corporation,<br><br>            Defendant/Counter-Plaintiff. | Case No. **3:10-cv-02466-CRB**<br><br>**DEFENDANT/COUNTER-PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PER LOCAL RULE 3-16** |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Kevin Siembieda
2. Mark Freedman
3. Surge Licensing, Inc.

Dated: June 28, 2010

Respectfully Submitted,

THE KAUFMAN LAW GROUP

By: _____/s/_____
Gary Jay Kaufman
Attorneys for Defendant and Counter-Plaintiff,
Palladium Books, Inc.