| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here:
Peter M. Falkenstein, Jaffe Raitt Heuer & Weiss, P.C.
201 S. Main St., Suite 300
Ann Arbor, MI 48104
(734) 222-4776

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TRION WORLDS, INC.,

            Plaintiff(s),

v.

PALLADIUM BOOKS, INC.

            Defendant(s).

CASE NO. CV 10 2466 CRB

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, PETER M. FALKENSTEIN, an active member in good standing of the bar of the State of Michigan and the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Palladium Books, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Gary J. Kaufman of The Kaufman Law Group
1901 Avenue of the Stars, Suite 1010, Los Angeles, CA 90067; (310) 286-2202

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2010

Peter M. Falkenstein