RECEIVED
2010 JUL -2 A 9:31
[RICHARD] W. WIEKING
[CLERK U.S.] DISTRICT COURT
[NORTHERN DISTRICT OF CALIFORNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRION WORLDS, INC., a Delaware corporation,

    Plaintiff,

v.

PALLADIUM BOOKS, INC., a Michigan corporation,

    Defendant.

CASE NO. CV 10 2466

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

PETER M. FALKENSTEIN, whose business address and telephone number is c/o Jaffe Raitt Heuer & Weiss, P.C., 201 S. Main St., Suite 300, Ann Arbor, Michigan 48104, Tel. (734) 222-4776 and who is an active member in good standing of the bar of Michigan and New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Palladium Books, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 7/07/2010

Charles R. Breyer
United [States District Judge]



IT IS SO ORDERED
Judge Charles R. Breyer