LATHAM & WATKINS LLP
    Perry J. Viscounty (Bar No. 132143)
perry.viscounty@lw.com
    Andrew J. Fossum (Bar No. 250373)
andrew.fossum@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 540-1235
Facsimile:   (714) 755-8290

LATHAM & WATKINS LLP
    Jennifer L. Barry (Bar No. 228066)
jennifer.barry@lw.com
600 West Broadway, Suite 1800
San Diego, California  92101-3375
Telephone:  (619) 236-1234
Facsimile:   (619) 696-7419

Attorneys for Plaintiff and Counter-Defendant
TRION WORLDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRION WORLDS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>PALLADIUM BOOKS, INC., a Michigan corporation,<br><br>                    Defendant. | Case No.  3:10-cv-02466-CRB<br><br>ANSWER TO COUNTERCLAIM AND AFFIRMATIVE DEFENSES |
| PALLADIUM BOOKS, INC., a Michigan corporation,<br><br>                    Counterclaimant,<br><br>     v.<br><br>TRION WORLDS, INC., a Delaware corporation,<br><br>                    Counterdefendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\720134.1

Case No.  3:10-cv-02466-CRB
Answer to Counterclaim and Affirmative Defenses

Counterdefendant Trion Worlds, Inc. ("Trion"), answers the allegations set forth in Counterclaimant Palladium Books, Inc.'s ("Palladium") Counterclaim as follows:

## I.  JURISDICTION AND VENUE

1. Trion admits that Palladium purports to assert the claims described in Paragraph 1. Trion denies, however, that it has violated any laws.

2. Paragraph 2 asserts legal conclusions that do not require a response.

3. Paragraph 3 asserts legal conclusions that do not require a response.

## II.  THE PARTIES

4. Trion lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 4, and on that basis denies them.

5. Trion admits the allegations in Paragraph 5.

6. The first sentence of Paragraph 6 asserts legal conclusions that do not require a response. Trion denies that it has committed any tortious acts, either within this District or anywhere else.

## III.  FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

7. Trion admits that Palladium owns those federal registrations that appear on the Federal Register for the mark RIFTS, although many of those registrations were obtained through fraud. Trion lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 7, and on that basis denies them.

8. Trion admits that it announced its massively multiplayer online game "Rift: Planes of Telara" in late April 2010, and that the "Rift: Planes of Telara" game has a website located at *riftgame.com*. Trion denies the remaining allegations of Paragraph 8.

9. Trion admits that Palladium filed an improper lawsuit in the Eastern District of Michigan on May 7, 2010 entitled *Palladium Books, Inc. v. Trion Worlds, Inc. et al.*, Case No. 10-cv-11859, asserting claims for trademark infringement, false designation, trademark dilution, and a variety of related state law claims, and that that lawsuit was dismissed for lack of personal jurisdiction on June 11, 2010. Trion further admits that Palladium filed for a TRO and preliminary injunction on May 28, 2010. Trion further admits that it states that it is a "premier

1 publisher and developer" on its website. Trion further admits that it has not yet sold any

2 products. Trion denies the remaining allegations of Paragraph 9.

3     10. Trion admits that it filed a motion to dismiss for lack of personal jurisdiction on

4 May 31, 2010. Trion further admits that it filed this action on June 3, 2010, while the Michigan

5 action was still pending (it was dismissed shortly thereafter). Trion denies the remaining

6 allegations of Paragraph 10.

7     11. Trion admits that the Michigan court held a hearing on June 9, 2010 and entered

8 an order on June 11, 2010 dismissing Palladium's improper lawsuit for lack of personal

9 jurisdiction. Trion denies the remaining allegations in Paragraph 11.

10     12. Trion admits that Palladium has now filed a Counterclaim, which speaks for itself

11 as to the claims it asserts.

12     13. Trion lacks knowledge or information sufficient to form a belief about the truth of

13 the allegations in Paragraph 13, and on that basis denies them.

14     14. Trion lacks knowledge or information sufficient to form a belief about the truth of

15 the allegations of Paragraph 14, and on that basis denies them.

16     15. Trion lacks knowledge or information sufficient to form a belief about the truth of

17 the allegations of Paragraph 15, and on that basis denies them.

18     16. Trion lacks knowledge or information sufficient to form a belief about the truth of

19 the allegations of Paragraph 16, and on that basis denies them.

20     17. Trion lacks knowledge or information sufficient to form a belief about the truth of

21 the allegations of Paragraph 17, and on that basis denies them.

22     18. Trion lacks knowledge or information sufficient to form a belief about the truth of

23 the allegations of Paragraph 18, and on that basis denies them.

24     19. Trion lacks knowledge or information sufficient to form a belief about the truth of

25 the allegations of Paragraph 19, and on that basis denies them.

26     20. Trion lacks knowledge or information sufficient to form a belief about the truth of

27 the allegations of Paragraph 20, and on that basis denies them.

28     21. Trion lacks knowledge or information sufficient to form a belief about the truth of

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\720134.1

2

Case No. 3:10-cv-02466-CRB
Answer to Counterclaim and Affirmative Defenses

1    the allegations of Paragraph 21, and on that basis denies them.

2        22.    Trion lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 22, and on that basis denies them.

4        23.    Trion admits that Palladium owns federal registration nos. 2,889,353; 3,036,181; and 2,045,806 for the RIFTS mark, for the goods and service listed in Paragraph 23. Trion lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 23, and on that basis denies them.

8        24.    Trion lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 24, and on that basis denies them.

10        25.    Trion admits that Palladium has filed a federal trademark application for RIFTS, Serial No. 85/043338 for "role playing games." Trion lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 25, and on that basis denies them.

14        26.    Trion admits the allegations in Paragraph 26, although that registration was obtained through fraud and is therefore invalid.

16        27.    Trion admits that Palladium owns a federal registration for the mark PROMISE OF POWER, but denies that that registration includes the word "Rifts." Trion lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 27, and on that basis denies them.

20        28.    Trion admits the allegations in Paragraph 28.

21        29.    Trion admits the allegations in Paragraph 29.

22        30.    Trion admits the allegations in Paragraph 30.

23        31.    Trion admits the allegations in Paragraph 31.

24        32.    Trion admits the allegations in Paragraph 32.

25        33.    Trion admits the allegations in Paragraph 33.

26        34.    Trion denies the allegations in Paragraph 34.

27        35.    Trion denies the allegations in Paragraph 35.

28        36.    Trion admits the first sentence of Paragraph 36. The second sentence of

paragraph 36 contains a quotation from a third-party article, which speaks for itself and requires no response.

37. Trion denies the allegations in Paragraph 37.

38. Trion denies the allegations in Paragraph 38.

39. Trion denies the allegations in Paragraph 39.

40. Trion admits that it promoted its "Rift: Planes of Telara" game at the 2010 E3 Expo, held June 15-17, 2010. Trion denies the remaining allegations of Paragraph 40.

41. Trion denies the allegations in Paragraph 41.

42. Trion denies the allegations in Paragraph 42.

43. Trion admits the allegations in Paragraph 43.

44. Trion admits that its federal trademark application was filed on an intent-to-use basis. Trion denies the remaining allegations in Paragraph 44.

45. Trion denies the allegations in Paragraph 45.

46. Trion admits that it has registered the domain name *riftgame.com* through GoDaddy.com and has opted to use GoDaddy.com's privacy service. Trion further admits that the GoDaddy.com registration information reflects that the domain servers are *trionworld.com*. Trion denies the remaining allegations in Paragraph 46.

47. Trion admits that the *riftgame.com* domain name is being used to operate a website for the "Rift: Planes of Telara" game. Trion denies the remaining allegations of Paragraph 47.

48. Trion denies the allegations of Paragraph 48.

49. Trion denies the allegations of Paragraph 49.

50. Trion denies the allegations of Paragraph 50.

51. Trion admits the allegations of Paragraph 51.

52. Trion denies the allegations in Paragraph 52.

53. Trion denies the allegations in Paragraph 53.

## IV.   CLAIMS FOR RELIEF

### First Claim For Relief

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\720134.1

4

Case No. 3:10-cv-02466-CRB
Answer to Counterclaim and Affirmative Defenses

**Trademark Infringement (15 U.S.C. § 1114)**

54. Trion restates its responses to paragraphs 1-53 above.

55. Trion admits that Palladium owns the registrations listed, but denies that they are valid, as they were obtained through fraud. Trion denies the remaining allegations of Paragraph 55.

56. Trion admits that one of Palladium's federal registrations (which was obtained through fraud) contains this listing of goods and services.

57. Trion admits that Palladium has filed a federal trademark application for RIFTS, Serial No. 85/043338 for "role playing games." Trion lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 57, and on that basis denies them.

58. Trion denies the allegations in Paragraph 58.

59. Trion denies the allegations in Paragraph 59.

60. Trion denies the allegations in Paragraph 60.

61. Trion denies the allegations in Paragraph 61.

62. Trion denies the allegations in Paragraph 62.

**Second Claim For Relief**

**False Designation of Origin -- 15 U.S.C. § 1125**

63. Trion restates its responses to paragraphs 1-62 above.

64. Trion denies the allegations in Paragraph 64.

65. Trion denies the allegations in Paragraph 65.

66. Trion denies the allegations in Paragraph 66.

67. Trion denies the allegations in Paragraph 67.

68. Trion denies the allegations in Paragraph 68.

69. Trion denies the allegations in Paragraph 69.

**Third Claim For Relief**

**California Statutory Unfair Competition – Cal. Bus. & Prof. Code § 17200 *et seq*.**

70. Trion restates its responses to paragraphs 1-69 above.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\720134.1

5

Case No. 3:10-cv-02466-CRB
Answer to Counterclaim and Affirmative Defenses

| | | |
|---|---|---|
| 1 | 71. | Trion denies the allegations in Paragraph 71. |
| 2 | 72. | Trion denies the allegations in Paragraph 72. |
| 3 | 73. | Trion denies the allegations in Paragraph 73. |
| 4 | 74. | Trion denies the allegations in Paragraph 74. |
| 5 | 75. | Trion denies the allegations in Paragraph 75. |
| 6 | 76. | Trion denies the allegations in Paragraph 76. |
| 7 | 77. | Trion denies the allegations in Paragraph 77. |
| 8 | 78. | Trion denies the allegations in Paragraph 78. |

**Fourth Claim For Relief**

**Infringement of Common Law Trademarks**

79. Trion restates its responses to paragraphs 1-78 above.

80. Trion denies the allegations in Paragraph 80.

81. Trion lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 81, and on that basis denies them.

82. Trion lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 82, and on that basis denies them.

83. Trion lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 83, and on that basis denies them.

84. Trion lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 84, and on that basis denies them.

85. Trion denies the allegations in Paragraph 85.

86. Trion denies the allegations in Paragraph 86.

87. Trion denies the allegations in Paragraph 87.

88. Trion denies the allegations in Paragraph 88.

89. Trion denies the allegations in Paragraph 89.

**Fifth Claim For Relief**

**California Common Law of Unfair Competition**

90. Trion restates its responses to paragraphs 1-89 above.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\720134.1

6

Case No. 3:10-cv-02466-CRB
Answer to Counterclaim and Affirmative Defenses

91. Trion denies the allegations in Paragraph 91.

92. Trion denies the allegations in Paragraph 92.

93. Trion denies the allegations in Paragraph 93.

## IV. PRAYER FOR RELIEF

The remaining paragraphs in the Counterclaim constitute Palladium's prayer for relief to which no answer in required. To the extent that the prayer for relief purports to state any factual allegations, Trion denies them.

All allegations in the Complaint that Trion has not expressly admitted are denied. Trion denies that Palladium is entitled to any of the relief that it requests.

## AFFIRMATIVE DEFENSES

Trion expressly reserves the right to plead additional affirmative and other defenses should any such defenses be revealed by any discovery in this case.

### First Affirmative Defense

*Failure to State a Claim*

1. Palladium's Counterclaim fails to state facts sufficient to constitute claims upon which relief can be granted against Trion.

### Second Affirmative Defense

*Unclean Hands*

2. Palladium's purported claims for relief are barred in whole or in part by the doctrine of unclean hands, based on Palladium's fraud in obtaining its federal trademark registrations. The details of this fraud are contained in Trion's Complaint, and are incorporated by reference.

### Third Affirmative Defense

*Fraud*

3. Palladium's federal trademark registrations were obtained through fraud. The details of this fraud are contained in Trion's Complaint, and are incorporated by reference.

### Fourth Affirmative Defense

*Remote, Speculative And Contingent Damages*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\720134.1

7

Case No. 3:10-cv-02466-CRB
Answer to Counterclaim and Affirmative Defenses


4. To the extent that Palladium claims damages that will be incurred in the future, such damages may not be recovered as they are remote, speculative and contingent.

WHEREFORE, Trion prays that Palladium takes nothing by way of its Counterclaim and that Trion be awarded its attorneys' fees and costs of suit herein.

Dated: July 16, 2010                LATHAM & WATKINS LLP

By:   /s/ Jennifer L. Barry
      Jennifer L. Barry

Attorneys for Plaintiff and Counterdefendant
TRION WORLDS, INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\720134.1

8

Case No. 3:10-cv-02466-CRB
Answer to Counterclaim and Affirmative Defenses

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System. Filing via the CM/ECF System constitutes service on all parties in this case pursuant to Section IX of General Order 45.

Dated: July 16, 2010            /s/ Jennifer L. Barry
                                                                                       Jennifer L. Barry