# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TRION WORLDS, INC.

        Plaintiff(s),

v.

PALLADIUM BOOKS, INC.

        Defendant(s).

Case No. 10-cv-02466-CRB

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 14, 2010

Kelly Conway
Senior Director, Legal & Business Affairs
[Party] *(signed)* Kelly M. Conway

Dated: 7/22/2010

Jennifer L. Barry
Latham & Watkins LLP
[Counsel] *(signed)*

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05