Gary Jay Kaufman (State Bar No. 92759)
gary@kaufmanlawgroupla.com
Colin Hardacre (State Bar No. 250915)
colin@kaufmanlawgroupla.com
THE KAUFMAN LAW GROUP
1901 Avenue of the Stars, Suite 1010
Los Angeles, California 90067
Telephone: (310) 286-2202
Facsimile: (310) 712-0023

Peter M. Falkenstein (admitted *pro hac vice*)
pfalkenstein@jaffelaw.com
JAFFE RAITT HEUER & WEISS, P.C.
201 S. Main St., Suite 300
Ann Arbor, MI 48104
Telephone: (734) 222-4776
Facsimile:  (734) 222-4769

Thomas V. Girardi (State Bar No. 36603)
tgirardi@girardikeese.com
Stephen G. Larson (State Bar No. 145225)
slarson@girardikeese.com
GIRARDI│KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90012
Telephone:  (213) 977-0711
Facsimile:  (213) 481-1554

Attorneys for Defendant/Counter-Plaintiff
Palladium Books, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRION WORLDS, INC., a Delaware corporation,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>　　　　vs.<br><br>PALLADIUM BOOKS, INC., a Michigan Corporation,<br><br>　　　　Defendant/Counter-Plaintiff. | **Case No. 3:10-cv-02466-CRB**<br><br>[PROPOSED] **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL** |

1  The Court hereby orders the request of Palladium Books, Inc., Defendant/Counter-Plaintiff, to
2  substitute Thomas V. Girardi and Stephen G. Larson, who are retained counsel,

4      Thomas V. Girardi (State Bar No. 36603)
    Stephen G. Larson (State Bar No. 145225)
5      Girardi │Keese
    1126 Wilshire Blvd.
6      Los Angeles, CA  90012
7      tgirardi@girardikeese.com
    slarson@girardikeese.com
8      Telephone No.: (213) 977-0711
    Facsimile No.: (213) 481-1554

10  as attorney of record in place and stead of Gary Jay Kaufman and Colin Hardacre of The Kaufman
11  Law Group is hereby  X GRANTED   ☐ DENIED.

13  Dated: August 11, 2010

    Honorable Charles R. Breyer
    United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)

- 2 -   [PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL