Thomas V. Girardi (SBN 36603)
tgirardi@girardikeese.com
Stephen G. Larson (SBN 145225)
slarson@girardikeese.com
Michael M. Kowsari (SBN 186899)
mkowsari@girardikeese.com
GIRARDI │KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Peter M. Falkenstein (admitted *pro hac vice*)
pfalkenstein@jaffelaw.com
JAFFE RAITT HEUER & WEISS, P.C.
201 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
Telephone: (734) 222-4776
Facsimile: (734) 222-4769

*Counsel for Defendant/Counter-Plaintiff Palladium Books, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRION WORLDS, INC.,          ) <br>            Plaintiff/Counter-Defendant, ) <br>          ) <br> v.           ) <br>          ) <br> PALLADIUM BOOKS, INC.,    ) <br>            Defendant/Counter-Plaintiff. ) <br>          ) | Case No. 10-CV-2466 CRB <br><br> **NOTICE OF APPEARANCE BY MICHAEL M. KOWSARI** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTE that Michael M. Kowsari of Girardi │ Keese, who is admitted to practice in this court, hereby enters his appearance as one of the attorneys of record for Defendant/Counter-Plaintiff Palladium Books, Inc. in the above-captioned matter.

Dated:     September 8, 2010                                    Respectfully submitted,

By:  __/s/ Michael M. Kowsari__
      Michael M. Kowsari (SBN 186899)
      Girardi │ Keese
      1126 Wilshire Blvd.
      Los Angeles, CA 90017
      Telephone: (213) 977-0211
      Facsimile:  (213) 481-1554
      Email:  mkowsari@girardikeese.com