**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 10, 2010**          Time:  10 minutes

**C-10-02466** CRB

**TRION WORLDS INC  v.  PALLADIUM BOOKS INC.**

Attorneys:    Jennifer Barry, Perry Viscounty          Stephen Larson

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Not Reported**

**PROCEEDINGS:**                                                                              **RULING:**

1.  Initial Case Management Conference  - Held

2.

3.

**ORDERED AFTER HEARING:**

Court sets trial dates as to liability phase, bifurcates the damage claims and will allow post trial discovery as to damages to take place.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____
( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____             Deft to Name Experts by _____
P/T Conference Date February 24, 2011 @ 2:30 p.m.   Trial Date February 28, 2011 @ 8:30 a.m.
           Set for 5-10  days           Type of Trial:  (X)Jury    ( )Court

Notes: _____