THOMAS V. GIRARDI (State Bar No: 36603)
STEPHEN G. LARSON (State Bar No: 145225)
MICHAEL M. KOWSARI (State Bar No.: 186899)
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211 Facsimile: (213) 481-1554
E-mail:     tgirardi@girardikeese.com
            slarson@girardikeese.com
            mkowsari@girardikeese.com

Peter M. Falkenstein (admitted *pro hac vice*)
JAFFE RAITT HEUER & WEISS, P.C.
201 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
Telephone: (734) 222-4776 Facsimile: (734) 222-4769
E-mail:     pfalkenstein@jaffelaw.com

Attorneys for Defendant/Counter-Plaintiff, PALLADIUM BOOKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRION WORLDS, INC.<br><br>     Plaintiff/Counter-Defendant,<br><br>vs.<br><br>PALLADIUM BOOKS, INC.,<br><br>     Defendant/Counter-Plaintiff. | Case No.: 3:10-cv-02466-CRB<br><br>[~~PROPOSED~~] ORDER<br><br>**[Filed Concurrently with Stipulation to Withdraw as Counsel for Defendant/Counter-Plaintiff Palladium Books, Inc.]**<br><br>Honorable:   Charles R. Breyer |

---

[Proposed] ORDER

1  Based on the stipulation submitted by Defendant/Counter-Plaintiff
2  Palladium Books, Inc., Jaffe Raitt Heuer & Weiss, P.C., and Girardi │ Keese,
3  IT IS HEREBY ORDERED THAT the law firm of Jaffe Raitt Heuer &
4  Weiss, P.C. be withdrawn as counsel of record for Defendant/Counter-Plaintiff
5  Palladium Books, Inc., and Thomas V. Girardi, Stephen G. Larson, and Michael
6  M. Kowsari of Girardi │Keese represent Palladium Books, Inc. in the case entitled
7  "Trion Worlds, Inc. v. Palladium Books, Inc.", case number 3:10-cv-02466-CRB.

9  Dated: _____October 14, 2010

11  By: _____
12  United S_____



2
[Proposed] ORDER