1  LATHAM & WATKINS LLP
      Perry J. Viscounty (Bar No. 132143)
2  perry.viscounty@lw.com
      Andrew J. Fossum (Bar No. 250373)
3  andrew.fossum@lw.com
   650 Town Center Drive, 20th Floor
4  Costa Mesa, California  92626-1925
   Telephone:  (714) 540-1235
5  Facsimile:   (714) 755-8290

6  LATHAM & WATKINS LLP
      Jennifer L. Barry (Bar No. 228066)
7  jennifer.barry@lw.com
   600 West Broadway, Suite 1800
8  San Diego, California  92101-3375
   Telephone:  (619) 236-1234
9  Facsimile:   (619) 696-7419

10 Attorneys for Plaintiff and Counterdefendant
   TRION WORLDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRION WORLDS, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>PALLADIUM BOOKS, INC., a Michigan corporation,<br><br>             Defendant. | Case No.  10-cv-02466-CRB<br><br>**JOINT STIPULATION OF DISMISSAL** |
| PALLADIUM BOOKS, INC., a Michigan corporation,<br><br>             Counterclaimant,<br><br>   v.<br><br>TRION WORLDS, INC., a Delaware corporation,<br><br>             Counterdefendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\730398.1

Case No. 10-cv-02466-CRB
JOINT STIPULATION OF DISMISSAL

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to the above action

2 hereby stipulate that this action and all claims and counterclaims should be dismissed with

3 prejudice, with the parties to bear their own fees and costs.

4     IT IS SO STIPULATED.

5 DATED: October 25, 2010        LATHAM & WATKINS LLP

6     By:   /s/ Jennifer L. Barry
        Jennifer L. Barry

7

8     Attorneys for Plaintiff Trion Worlds, Inc.

9 DATED: October 25, 2010        GIRARDI KEESE

10     By:   /s/ Stephen G. Larson
        Stephen G. Larson

11

12     Attorneys for Defendant Palladium Books, Inc.

13 PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15 DATED:   October 26, 2010

16     HON. CHARLES R. BREYER
    United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

27 ATTESTATION: I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

28 Dated: October 25, 2010        /s/ Jennifer L. Barry

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\730398.1

Case No. 10-cv-02466-CRB
JOINT STIPULATION OF DISMISSAL